**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  20-14** |
| | : | |
| **MAURICE MULDROW** | : | |

## ORDER

**AND NOW**, this 7th day of February 2022, upon considering Defendant's Motion to withdraw his plea (ECF Doc. No. 70), United States' Response (ECF Doc. No. 74), and for reasons in the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 70) is **DENIED.**

                                                                                          _____
                                                                                          **KEARNEY, J.**