IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : NO. 20-14 |
| | : |
| MAURICE MULDROW | : |

## ORDER

**AND NOW**, this 16th day of February 2024, upon considering Defendant's pro se Motion for a sentence reduction (ECF No. 101), the United States' Opposition (ECF No. 106), mindful of the Sentencing Commission's recently amended recommendation for a one-point criminal history score reduction for defendants with seven or more criminal points who committed their underlying offenses while under probation, finding Defendant is not eligible for a sentence reduction because the amendment does not lower his applicable guideline range, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 101) is **DENIED** without prejudice.

KEARNEY, J.